NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

HILDEFONSO ARCINEIGA-RANGEL, *Petitioner*.

No. 1 CA-CR 23-0227 PRPC
FILED 1-25-2024

Petition for Review from the Superior Court in Maricopa County
No. CR2004-019648-001 DT
The Honorable David W. Garbarino, Judge

**REVIEW GRANTED; RELIEF DENIED**

APPEARANCES

Maricopa County Attorney's Office, Phoenix
By Philip D. Garrow
*Counsel for Respondent*

Hildefonso Arcineiga-Rangel, Buckeye
*Petitioner*

---

**MEMORANDUM DECISION**

---

Presiding Judge Michael J. Brown, Judge Andrew M. Jacobs, and Judge Angela K. Paton delivered the decision of the Court.

---

**PER CURIAM:**

**¶1**        Petitioner Hildefonso Arcineiga-Rangel seeks review of the superior court's order denying his petition for post-conviction relief. This is his third petition.

**¶2**        Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1, P.3d 1102, 1103 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**        We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

**¶4**        We grant review and deny relief.



AMY M. WOOD • Clerk of the Court
FILED:    AA

2